AFFIDAVIT OF SERVICE UPON A CORPORATION        N
                                    INDEX # 07CIV 8797

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

                                                        KELLY ET AL
                                                        275 7th Ave Ste 1505
                                                        NEW YORK
San San Fung                                            N Y 10001

            - against -

The Nyc Police Dept The City Of Ny                     (212) 691-9393
Detective Bennie Vance (Shield No 00000) Etc

Atty File #            Record # 104499     File # 10

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 10/17/07 at 11:36am at 100 Church Street New York Ny deponent served the within Summons & Complaint In A Civil Action by personally delivering to and leaving with Tamekia Mendes-Gammon for City Of New York a true copy thereof, and that deponent knew the person so served to be the Docket Clerk/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 25 Years   Approx Weight: 110 Lbs.   Approx Height: 5'1'
Sex: Female   Color of Skin: Black   Color of Hair: Black
Other:

Sworn to before me this 10/18/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York                Harry Torres-Lic#0915257
Nassau County, Commission Expires 08/22/10

                Supreme Judicial Services, Inc.
    371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
        255 Broadway - New York, N.Y. 10007 - (212) 319-7171
                    Fax (516) 568-0812

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/17/07 |
| NAME OF SERVER (PRINT) Itaviy Torres | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: City of NY – 100 church St. Ny, Ny

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07
         Date                     Signature of Server

SUPREME JUDICIAL SERVICES INC.
Address of Server 371 MERRICK ROAD SUITE 202
ROCKVILLE CENTRE, NY 11570

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.