AFFIDAVIT OF SUITABLE SERVICE

INDEX # 07CIV8797 N

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

San San Fung

- against -

The Nyc Police Dept The City Of New York
Et Al

KELLY ET AL
275 7th Ave Ste 1505
NEW YORK
N Y 10001

(212) 691-9393

Atty File #         Record # 104839         File # 157

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 10/30/07 at 1:15pm   at 230 W 20th St New York Ny deponent served the within Summons & Complaint In A Civil Action on Detective Bennie Vance - 10th Pct Narcotics Manhattan South recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with P.O. Perry Carter Co-Worker a person of suitable age and discretion at 230 W 20th St New York Ny said premises being the recipient's usual place of business within the State of New York.

Deponent completed service by depositing a copy of the Summons & Complaint In A Civil Action on 10/31/07 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 230 W 20th St New York Ny

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 40 Years   Approx Weight: 200 Lbs.   Approx Height: 6'0'
Sex: Male    Color of Skin: Black    Color of Hair: Bald
Other:

Deponent spoke to P.O. Perry Carter - Co-Worker same as above, confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and the defendant always wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 10/31/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Harry Torres-Lic#0915257

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/30/07 |
| NAME OF SERVER (PRINT) Harry Torres | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: P.O. Perry Carter

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/07
          Date

Signature of Server

SUPREME JUDICIAL SERVICES INC.
371 MERRICK ROAD SUITE 202
Address of Server ROCKVILLE CENTRE, NY 11570

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.