UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SAN SAN FUNG,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE
DEPARTMENT, DETECTIVE BENNIE VANCE, (SHIELD
NO. 00000), DETECTIVE "JOHN DOE" and POLICE
OFFICER "JANE DOE",

                                Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 8797 (AKH)

        **PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective November 14, 2007.

Dated: New York, New York
          December 3, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel, City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 3-198
                                        New York, New York 10007
                                        (212) 788-1580

                                        By: _____
                                           Craig Hanlon (CH 5679)
                                           Assistant Corporation Counsel
                                           Special Federal Litigation Division

To:    Robert Kelly, Esq.
         Kelly & Rubin, LLP
         275 Seventh Avenue
         New York, NY 10001

Index No. 07 CV 8797 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAN SAN FUNG,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, DETECTIVE BENNIE VANCE, (SHIELD NO. 00000), DETECTIVE "JOHN DOE" and POLICE OFFICER "JANE DOE",

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendan*

*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Craig Hanlon*

*Tel: (212) 788-1580*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..................................................,2007*

*.................................................................... Esq.*

*Attorney for City of New York*