

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-193
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ARTHUR G. LARKIN
Senior Counsel
Phone: (212) 788-1599
Fax: (212) 788-9776
alarkin@law.nyc.gov

*So ordered 1/7/08*
*[signature]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-08

RECEIVED JAN 0 7 2008 ALVIN K. [HELLERSTEIN]

January 7, 2008

**BY FACSIMILE # (212) 805-7942**

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  San San Fung v. City of New York, et al., 07-CV-8797 (AKH)

Your Honor:

The undersigned is a Senior Counsel at the New York City Law Department, and I am also the supervising attorney assigned to the defense of this matter. Defendants respectfully request an additional thirty (30) days from today, Jan. 7, 2008, to Feb. 8, 2008, in which to answer, move or otherwise respond to the complaint. Plaintiff's counsel consents to this request. This is the second request for an extension, the first having been granted by Your Honor on Nov. 19, 2007. The reason for this request is that on Friday, the undersigned learned that the attorney assigned primary responsibility for this matter, Craig A. Hanlon, Esq., will be out of the office indefinitely for medical reasons. Unfortunately, these circumstances were not foreseeable until now. We respectfully request the additional time in order to permit reassignment of the instant matter, so that the new attorney may familiarize himself/herself with the file.

Respectfully submitted,

*[signature]*
Arthur G. Larkin
Senior Counsel

AGL/m
cc:  Kelly & Rubin, LLP (by facsimile)



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007
## FACSIMILE TRANSMISSION

| TO: | Hon. Alvin K. Hellerstein<br>Kelly & Rubin, LLP | FROM: | Arthur G. Larkin, Esq. |
|---|---|---|---|
| FAX #: | (212) 805-7942<br>(212) 691-1485 | DATE: | January 7, 2008 |

You should receive 2 page(s), including this one.
Please contact me if you do not receive all pages.

This facsimile contains CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED. It is intended only for use of the addressee(s) named above. If you are neither the intended recipient of this facsimile nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that disseminating or copying this facsimile is prohibited. If you have received this facsimile in error, please notify this office by telephone and return the original to the address set forth by the United States Postal Service. Thank you.

**Message:**