UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SAN SAN FUNG,

                               Plaintiff,

            -against-

THE NEW YORK CITY POLICE DEPARTMENT, THE
CITY OF NEW YORK, DETECTIVE BENNIE VANCE
(Shield No. 00000), DETECTIVE "JOHN DOE" and
POLICE OFFICER "JANE DOE",

                               Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07-CV-8797 (AKH)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants The New York City Police Department and City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
              January 15, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                        City of New York
                                      *Attorney for Defendants*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 442-8248

                          By:          /s/
                                      MARK D. ZUCKERMAN

TO:    ROBERT B. KELLY, ESQ.
         KELLY & RUBIN, LLP
         *Attorneys for Plaintiff*
         275 Seventh Avenue, Ste. 1505
         New York, New York 10001
         (212) 691-9393